UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANE BAUER,<br>2021 5th Ave.<br>Oakland, CA 94606,<br><br>PLAINTIFF<br>vs.<br><br>DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001<br><br>DEFENDANT | Judge _____<br>Civil Action No. _____ |

# **COMPLAINT**

## THE PARTIES

1. Plaintiff Shane Bauer a citizen of California.

2. Mr. Bauer is an investigative reporter whose work requires the frequent analysis of complex data and government records relating to a wide range of topics, from government contracting to military operations to corrections policies.

3. Defendant Department of Justice (DOJ) is an agency of the United States.

4. The Federal Bureau of Investigation (FBI) is a component of the DOJ.

5. The DOJ has possession, custody and control of the records Plaintiff seeks.

## JURISDICTION AND VENUE

6. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

7.  This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

8.  Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

INTRODUCTION

9.  The Corrections Corporation of America (CCA) is the largest private prison operator in the United States. In 2014, the national media reported on the FBI's investigation into CCA's management of the Idaho Correctional Center. The FBI found that CCA was fraudulently claiming in its records that it was staffing mandatory positions which were in fact left unstaffed.

10. Plaintiff Shane Bauer filed a FOIA request with the FBI seeking records related to the investigation into the Idaho Correctional Center and other facilities operated by the CCA.

STATEMENT OF FACTS

11. On March 23, 2015, Mr. Bauer sent a FOIA request to the FBI for eight categories of records:

1. I request disclosure of any and all records that were prepared, received, transmitted, collected and/or maintained by the FBI relating or referring to the **Corrections Corporation of America (CCA)**.
2. I request disclosure of any and all records that were prepared, received, transmitted, collected and/or maintained by the FBI relating or referring to its investigation into the **Idaho Correctional Center**. Media reports show that the FBI conducted an investigation into CCA's management of the Idaho Correctional Center in 2014 and possibly as early as 2013.
3. The Idaho Correctional Center has often been referred to as the "Gladiator School." I request an ECF full-text search of the term "**Gladiator School**."
4. Democratic state lawmakers in Idaho asked the FBI to investigate the Idaho Correctional Center. I request any and all **communications between lawmakers in Idaho and the FBI**, as well as any records relating or referring to such communications.
5. According to news reports, Idaho Department of Correction spokesman Jeff Ray confirmed that the FBI met with department director Brent Reinke to inform him about

2

   the investigation. Idaho State Police spokeswoman Teresa Baker said her agency was no longer involved with the investigation and that the FBI has taken it over entirely. I request any all records referring or relating to **any meetings between Jeff Ray or other Idaho Department of Correction officials and the FBI**. I also request any and all records of **communications between the Idaho State Police and the FBI** related to the investigation of the Idaho Correctional Center, as well as records referring or relating to the Idaho State Police investigation.
6. According to media reports, Idaho State Police spokeswoman Teresa Baker said, "They (the FBI) have other cases that are tied to this one so it worked out better for them to handle it from here." I request any and all records referring or relating to **other cases tied to the investigation of the Idaho Correctional Center**.
7. According to news reports, the FBI investigated whether guards at the Idaho Correctional Center violated the civil rights of inmates at the prison in 2010, after the Associated Press published a video of guards failing to intervene to stop inmate violence. I request any and all records referring or relating to **the FBI's investigation into the 2010 incident at the Idaho Correctional Center**.
8. I request any and all records that were prepared, received, transmitted, collected and/or maintained by the FBI relating or referring to **any and all investigations it has conducted into any of the CCA's facilities,** as well as **any and all investigations it has conducted into CCA's management of its prisons, jails, and detention centers**.

      12.      For the eighth category of records, Mr. Bauer's FOIA request provided the FBI with a list of CCA facilities in order to facilitate the FBI's search for responsive records.

      13.      Plaintiff's FOIA request also sought a waiver of fees.

      14.      As to the first portion of Plaintiff's FOIA request— records referring or relating to CCA— the FBI assigned this portion of the request tracking number 1326312-000.

      15.      As to the second through the seventh portions of Plaintiff's FOIA request, the FBI has not assigned a separate tracking number or otherwise made a determination as to whether any of the requested records will be released.

      16.      As to the eight portion of Plaintiff's FOIA request— records referring or relating to various CCA facilities— the FBI assigned tracking numbers as follows:

| FOIPA request number | Subject |
| --- | --- |
| 1326991-000 | Diamondback Correctional Facility |

| | |
|---|---|
| 1326408-000 | Bartlett State Jail |
| 1326417-000 | Bent County Correctional Facility |
| 1328327-000 | Otter Creek Correctional Center |
| 1326993-000 | Eden Detention Center |
| 1328367-000 | Silverdale Detention Facilities |
| 1328335-000 | Prairie Correctional Facilities |
| 1328377-000 | South Texas Family Residential Center |
| 1326975-000 | Dawson State Jail |
| 1328349-000 | Saguaro Correctional Center |
| 1328338-000 | Red Rock Correctional Center |
| 1328387-000 | Stewart Detention Center |
| 1328372-000 | South Central Correctional Center |
| 1326951-000 | Correctional Treatment Facility |
| 1326974-000 | Davis Correctional Facility |
| 1326396-000 | Adams County Correctional Center |
| 1328358-000 | San Diego Correctional Facility |
| 1326458-000 | Cimarron Correctional Facility |
| 1328391-000 | T.Don Hutto Residential Center |
| 1326463-000 | Coffee Correctional Facility |
| 1326392-000 | Idaho Correctional Center |
| 1326449-000 | Central Arizona Detention Center |
| 1326454-000 | Cibola County Correctional Center |
| 1326955-000 | Crowley County Correctional Facility |
| 1326953-000 | Crossroads Correctional Facility |
| 1326312-000 | Corrections Corporation of America |
| 1328697-000 | West Tennessee Detention Facility |
| 1328694-000 | Webb County Detention Center |
| 1327780-000 | McRae Correctional Facility |
| 1327788-000 | Metro-Davidson County Detention Facility |
| 1327793-000 | Mineral Wells Pre-parole Transfer Facility |
| 1328116-000 | Nevada Southern Detention Center |
| 1327776-000 | Marion County Jail II |
| 1327771-000 | Lindsey State Jail |

| | |
|---|---|
| 1327774-000 | Marion Adjustment Center |
| 1327764-000 | Lee Adjustment Center |
| 1327763-000 | Leavenworth Detention Center |
| 1327195-000 | Florence Correctional Center |
| 1328719-000 | Willacy County State Jail |
| 1328712-000 | Wilkinson County Correctional Facility |
| 1328704-000 | Whiteville Correctional Facility |
| 1328720-000 | Winn Correctional Center |
| 1328149-000 | Northeast Ohio Correctional Center |
| 1328143-000 | Northfork Correctional Facility |
| 1328701-000 | Wheeler Correctional Facility |
| 1327171-000 | Eloy Detention Center |
| 1327456-000 | Hardeman County Correctional Center |
| 1328678-000 | Torrance County Detention Center |
| 1328677-000 | Tallahatchie County Correctional Facility |
| 1327736-000 | La Palma Correctional Center |
| 1327760-000 | Lake Erie Correctional Institution |
| 1327473-000 | Houston Processing Center |
| 1326438-000 | CAI Boston Avenue |
| 1326442-000 | CAI Ocean View |
| 1327136-000 | Elizabeth Detention Center |
| 1327734-000 | Kit Carson Correctional Center |
| 1327476-000 | Huerfano County Correctional Center |
| 1326432-000 | Bradshaw State Jail |
| 1327724-000 | Jenkins Correctional Center |
| 1327762-000 | Laredo Processing Center |
| 1326459-000 | Citrus County Detention Facility |
| 1326444-000 | California City Correctional Center |
| 1327179-000 | Facility Support Center (Headquarters for Corrections Corporation of America) |
| 1327771-000 | Lindsey State Jail |
| 1328122-000 | New Mexico Women's Correctional Facility |

17. As to the following portions of Plaintiff's FOIA request, the FBI informed Plaintiff by letter that it could locate no main file records and Plaintiff submitted an administrative appeal:

| FOIPA request number | Date of FBI response | Date of Administrative Appeal | Appeal Tracking Number | Status of Administrative Appeal |
|---|---|---|---|---|
| 1326991-000 | 5/6/2015 | 5/13/2015 | AP-2015-03298 | affirmed |
| 1326408-000 | 5/6/2015 | 5/13/2015 | AP-2015-03297 | affirmed |
| 1326417-000 | 5/6/2015 | 5/13/2015 | AP-2015-03296 | affirmed |
| 1328387-000 | 5/26/2015 | 6/5/2015 | AP-2015-03780 | affirmed |
| 1328391-000 | 5/26/2015 | 6/5/2015 | AP-2015-03781 | affirmed |
| 1327788-000 | 5/20/2015 | 6/5/2015 | AP-2015-03782 | affirmed |
| 1327793-000 | 5/20/2015 | 6/5/2015 | AP-2015-03783 | affirmed |
| 1326438-000 | 5/20/2015 | 6/5/2015 | AP-2015-03792 | affirmed |
| 1327734-000 | 5/19/2015 | 6/5/2015 | AP-2015-03803 | affirmed |
| 1327771-000 | 5/19/2015 | 6/5/2015 | AP-2015-03785 | affirmed |
| 1326432-000 | 5/19/2015 | 6/5/2015 | AP-2015-03798 | affirmed |
| 1327724-000 | 5/19/2015 | 6/5/2015 | AP-2015-03799 | affirmed |
| 1327179-000 | 5/19/2015 | 6/5/2015 | AP-2015-03803 | affirmed |
| 1328367-000 | 5/26/2015 | 6/5/2015 | | pending[1] |
| 1328377-000 | 5/28/0205 | 6/5/2015 | | pending |

---

[1] The appeals in this table are all listed on the OIP FOIA portal. However, the portal does not indicate which appeal tracking numbers correspond with which FBI tracking numbers for any appeal which is still pending. Therefore, Plaintiff is not listing the administrative appeal numbers in this table because he does not know which specific FOIA request they correspond with. Instead, Plaintiff lists in the table in the next table all of the appeal tracking numbers which relate to pending appeals.

| | | | | |
|---|---|---|---|---|
| 1328349-000 | 5/26/2015 | 6/5/2015 | | pending |
| 1328387-000 | 5/26/2015 | 6/5/2015 | | pending |
| 1328116-000 | 5/20/2015 | 6/5/2015 | | pending |
| 1327771-000 | 5/20/2015 | 6/5/2015 | | pending |
| 1327764-000 | 5/20/2015 | 6/5/2015 | | pending |
| 1328678-000 | 5/21/2015 | 6/5/2015 | | pending |
| 1328677-000 | 5/20/2105 | 6/5/2015 | | pending |
| 1327736-000 | 5/20/2105 | 6/5/2015 | | pending |
| 1327760-000 | 5/20/2105 | 6/5/2015 | | pending |
| 1327473-000 | 5/20/2105 | 6/5/2015 | | pending |
| 1326442-000 | 5/19/2015 | 6/5/2015 | | pending |
| 1326442-000 | 5/19/2015 | 6/5/2015 | | pending |
| 1327476-000 | 5/19/2015 | 6/5/2015 | | pending |
| 1327476-000 | 5/19/2015 | 6/5/2015 | | pending |
| 1326459-000 | 5/19/2015 | 6/5/2015 | | pending |
| 1326459-000 | 5/19/2015 | 6/5/2015 | | pending |
| 1328122-000 | 5/20/2015 | 6/5/2015 | | pending |

| Date of Administrative Appeal | Appeal Tracking Number |
|---|---|
| 6/5/2015 | AP-2015-038795 |
| 6/5/2015 | AP-2015-038794 |
| 6/5/2015 | AP-2015-038793 |
| 6/5/2015 | AP-2015-038791 |
| 6/5/2015 | AP-2015-038790 |

<mark>
<mark><mark>
<mark>
<mark>7</mark>

| | |
|---|---|
| 6/5/2015 | AP-2015-038789 |
| 6/5/2015 | AP-2015-038788 |
| 6/5/2015 | AP-2015-038787 |
| 6/5/2015 | AP-2015-038786 |
| 6/5/2015 | AP-2015-038784 |
| 6/5/2015 | AP-2015-038779 |
| 6/5/2015 | AP-2015-038778 |
| 6/5/2015 | AP-2015-038777 |
| 6/5/2015 | AP-2015-038776 |

For each of the foregoing in which the administrative appeal has been pending for at least 20 business days, Plaintiff is deemed to have exhausted his administrative remedies. For each of the foregoing in which the administrative appeal was affirmed, Plaintiff has exhausted his administrative remedies.

18.     As to the following portions of Plaintiff's FOIA request, the FBI informed Plaintiff by letter that it was administratively closing the request because the material responsive to the request will be processed as part of 1326312-000 (Corrections Corporation of America):

| FOIPA request number |
|---|
| 1328327-000 |
| 1326993-000 |
| 1328335-000 |
| 1326975-000 |
| 1328372-000 |
| 1326951-000 |
| 1326974-000 |
| 1326396-000 |
| 1326458-000 |
| 1326463-000 |

| |
|---|
| 1326392-000 |
| 1326449-000 |
| 1326454-000 |
| 1326955-000 |
| 1326953-000 |
| 1328697-000 |
| 1328694-000 |
| 1327780-000 |
| 1327776-000 |
| 1327774-000 |
| 1327763-000 |
| 1327195-000 |
| 1328712-000 |
| 1328720-000 |
| 1328149-000 |
| 1328143-000 |
| 1328701-000 |
| 1327171-000 |
| 1327456-000 |
| 1328704-000 |

19.     As to the following portions of Plaintiff's FOIA request, the FBI has not sent any communication to Plaintiff aside from an acknowledgment letter and has not made a final determination whether or not to release responsive records:

| FOIPA request number |
|---|
| 1328358-000 |
| 1328719-000 |

As all of these requests were submitted on March 23, 2015, which was over 20 business days ago, Plaintiff is deemed to have exhausted his administrative remedies.

20. Plaintiff received a letter dated July 7, 2015 from the FBI stating that the FBI had located approximately 36,500 pages of responsive records and stating that if all material were placed on CD, the cost would be $1,090.00 in duplication fees.

21. Plaintiff responded to the letter by committing to pay the amount of duplication fees in the letter. However, Plaintiff believes that he is entitled to a waiver of duplication fees and challenges the FBI's denial of his fee waiver request.

## COUNT I:
## VIOLATION OF FOIA

22. This Count realleges and incorporates by reference all of the preceding paragraphs.

23. Each of the documents referred to in this Complaint is incorporated herein by reference.

24. Defendant has violated FOIA by improperly withholding the requested records.

25. Defendant has violated FOIA by failing to conduct an adequate search.

26. Defendant has violated FOIA by failing to grant Plaintiff's request for a fee waiver.

27. Plaintiff has been and will continue to be irreparably harmed until Defendant is ordered to produce the requested records.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Declare that Plaintiff is entitled to a fee waiver under FOIA;

(3) Order Defendant to process the requested records without further delay and release all nonexempt portions to Plaintiff without charging Plaintiff fees;

(4) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(5) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

  /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*