**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHANE BAUER. | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   Civil Action No. 15-1349 (CRC) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE
COMPLAINT**

Defendants, United States Department of Justice ("DOJ"), and its components, the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully moves for an extension of time, to and through, October 21, 2015 to file its Answer or otherwise respond to the Complaint. The current deadline is September 21, 2015. Undersigned counsel conferred with Plaintiff's Counsel and he does not object to this extension.

The extension is necessary for the following reason. As of the week of September 7, 2015, this case was assigned to agency counsel at the FBI. Undersigned counsel has not had an opportunity to consult with the FBI, and Defendant need additional time to properly consult with undersigned counsel regarding the Answer or other response to the Complaint.

This is Defendant's first request to extend this deadline.  A proposed order is attached.

        Respectfully submitted,

        VINCENT H. COHEN, Jr.
        ACTING UNITED STATES ATTORNEY
        D.C. BAR NUMBER  471489

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division


        _____/s/_____
        RHONDA L. CAMPBELL, D.C. Bar No. 462402
        Assistant United States Attorneys
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-2559
        Rhonda.campbell@usdoj.gov

        Counsel for United States

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHANE BAUER.** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Civil Action No. 15-1349 (CRC) |
| ) | |
| **DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## **ORDER**

Upon consideration of Defendant's Motion for Extension of Time to Answer or otherwise respond to the Complaint, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**, and Defendant shall file an Answer or otherwise respond to the Complaint no later than October 21, 2015.

Dated this \_\_\_ day of September, 2015.

_____
**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**