**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHANE BAUER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 15-1349 (CRC) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**THE PARTIES' JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS**

Defendant, the Department of Justice ("DOJ"), and Plaintiff, Shane Bauer ("Plaintiff"), by and through their undersigned counsel, pursuant to the Court's January 7, 2016, Order, propose a schedule on which this case should proceed. The parties conferred several times in September, October, November, and December of 2015 and had further discussion in January and February of 2016 to discuss the following issues consistent with the Court's Order. The parties respectfully report as follows:

**1. Status of FOIA Request and Number of Documents**

The main responsive files are divided into two categories: (1) files that involve investigations of the actual facilities; and (2) files regarding incidents that took place inside the facilities. Plaintiff is requesting information regarding over sixty (60) correctional institutions, which is an extremely broad and time consuming request to process. Defendant has completed their search for responsive records, and identified approximately 36,500 pages of responsive main records as well as 32 CD's containing an undetermined number of responsive

pages. Significantly, because the approximately 36,500 pages only include main references, but do not include cross-references, the production could likely increase well beyond the approximately 36,500 pages if cross references were included. During the search for responsive records, an additional file was located, not included in the above total of about 36,500 pages, which contains thirty-two (32) CD's containing raw evidentiary material produced by outside agencies and is located in a 1A file related to the Idaho facility investigation[1]. There are about 72,142 files (not page numbers) of different types on the CDs. Of those, there are 8 .pst files (Outlook email files). As of this filing, the FBI is about 66% finished converting those files and the page count is approximately 1,031,678.

   2. **Production**

   The parties have reached agreement on a rolling production method whereby processing will begin immediately and Defendant will produce 1,000 pages of material every thirty (30) days with the first release due on April 1, 2016. The terms of this agreement are as follows: Cross-references will be excluded. In addition, the FBI provided Plaintiff with a list of responsive file numbers broken down into the above mentioned categories. Plaintiff previously agreed based on seeing this list, to a narrowing that resulted in the number of responsive pages being reduced by ten thousand making the material to be processed approximately 26,500 pages excluding the CDs. In addition, due to the tremendous burden the conversion process of the 32 CDs has put on FBI resources and the enormous amount of time it is requiring, plaintiff will provide the FBI with a list of its "Top 10" search phrases and allow the FBI to search the files

---

[1] 1A sub-files are stored with the main file of each investigative matter and often contain items that have evidentiary value. These items may include handwritten interview notes taken by FBI Special Agents, newspaper articles, search warrants, photo logs, telephone records, consent forms, reports, evidentiary documents, and other records seized or collected by the FBI during the course of an investigation.

already converted and process the first 1,000 pages of that material. If the FBI is unable to obtain 1,000 pages of responsive material searching the 66% of the CDs it has currently converted, it would convert another disc and continue searching until it obtains the 1,000 pages of responsive material, converting more CDs as necessary. These 1,000 pages will be the only material processed from the 32 CDs.

### 3. Stay of Proceedings

Based on the processing and production schedule, the parties hereby request a stay of proceedings in this case until February 1, 2017.

### 4. Dispositive Motions

The parties respectfully request this Court allow the parties to defer any decision on whether the parties will require a dispositive motion briefing schedule until after all documents have been produced, the <u>Vaughn</u> Index, if appropriate, has been created, and Plaintiff has had an opportunity to review the production and potentially a <u>Vaughn</u> Index and raise any concerns with the FBI. At that time, the parties will be able to inform this Court if a briefing schedule for dispositive motions is necessary, or a stipulation of dismissal will be filed.

Based on the above production schedule and the required subsequent time for review and discussion, the parties propose to advise this Court of the state of the production in a Joint Status Report to be filed no later than January 21, 2017.  Defendant is also amenable to filing a monthly report to the Court, which advises the Court of the production for the previous month.

Dated: February 5, 2016

Respectfully submitted,

_____/s/_____
Jeffrey L. Light
D.C. Bar No. W10015
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye St., NW
Suite 915
Washington, DC 20006
202.277.6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
D.C. Bar No. 415793
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

/s/
RHONDA L. CAMPBELL,
D.C. Bar No. 462402
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHANE BAUER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | **Civil Action No. 15-1349 (CRC)** |
| ) | |
| **DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**[PROPOSED] ORDER ON JOINT STATUS REPORT**
**AND MOTION TO STAY PROCEEDINGS**

AND NOW, this _____ day of _____, 2016, upon consideration of the parties' February 2, 2016 Joint Status Report and Motion to Stay Proceedings, it is hereby ORDERED that Defendant shall complete its release of all documents responsive to Plaintiff's request according to their processing and production schedule and that proceedings be stayed in this case until February 1, 2018.

It is further ORDERED that the parties will file a Joint Status Report no later than January 19, 2017, advising the Court of the status of the production.

IT IS SO ORDERED.

_____
United States District Judge